726 A.2d 257

IN THE MATTER OF ROBERT S. ELLENPORT,
AN ATTORNEY AT LAW.

April 1, 1999.

### ORDER

The Court on March 2, 1999, having ordered that **ROBERT S. ELLENPORT** of **CLARK,** who was admitted to the bar of this State in 1975, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), effective April 5, 1999, unless respondent paid all administrative costs and interest assessed in a previous disciplinary matter or arranged a payment plan satisfactory to the Disciplinary Review Board prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has arranged with the Board an installment payment plan pursuant to *Rule* 1:20–17;

And good cause appearing;

It is ORDERED that the Order of March 2, 1999, is hereby vacated.